Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
24, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 24, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00274-CV

____________

 

IN RE DON ROSENBERG, SHARON
HIGHFILL, and WILLIAM BUTERA, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 15, 2005, relators
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relators have not established that they are
entitled to mandamus relief. 
Accordingly, we deny relators= petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 24, 2005.

Panel consists of
Justices Yates, Anderson, and Hudson.